IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

IN RE: JOSEPH BOWEN and TERESA BOWEN                     CASE NO: 2:20-bk-71778 B
DEBTORS                                                                                      CHAPTER 13

## CHAPTER 13 ORDER WITHDRAWING
## TRUSTEE'S OBJECTION TO CONFIRMATION

The court, for cause shown, grants the Trustee's request to withdraw the Trustee's Objection to Confirmation filed September 14, 2020, Docket Entry 19, set for hearing on December 09, 2020, at 9:00 am.

IT IS SO ORDERED.

Date:    October 13, 2020                         /s/ Ben T. Barry
                                                                  Ben T. Barry
                                                                  United States Bankruptcy Judge

cc:   Joyce Bradley Babin, Trustee

      Skelton And Stevens Law Group, Pllc
      2615 N Prickett Road  Suite 2
      Bryant, AR  72022

      Joseph Bowen and Teresa Bowen
      2234 Barron Road
      Waldron, AR  72958

GO 11-9 / rm         / 058